# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ZACHARY REED PADGETT**                                    **PLAINTIFF**

v.                                      **No. 4:21-cv-830-DPM**

**VAN BUREN COUNTY**
**DETENTION CENTER and**
**LUCAS EMBERTON, Sheriff, Van**
**Buren County, Arkansas**                          **DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Padgett hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

22 October 2021