IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZACHARY REED PADGETT                                          PLAINTIFF

v.                          No. 4:21-cv-830-DPM

VAN BUREN COUNTY
DETENTION CENTER and
LUCAS EMBERTON, Sheriff, Van
Buren County, Arkansas                                        DEFENDANTS

## JUDGMENT

Padgett's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 October 2021